IN THE MATTER OF ROBERT D. CARROLL, AN
ATTORNEY AT LAW.

March 23, 1990.

## ORDER

The Disciplinary Review Board having filed a report with the
Supreme Court recommending that ROBERT D. CARROLL of
OXFORD, who was admitted to the Bar of this State in 1960, be
publicly reprimanded, the Board's recommendation being based
on its findings that respondent: 1) failed to keep a copy of a
compensation agreement for the required seven years, in viola-
tion of DR 9–102(C); 2) improperly executed a *jurat*, in viola-
tion of DR 1–102(A)(4); 3) waived a fee in exchange for a
referral, in violation of DR 2–103(C), and 4) willfully violated a
restraining order, in violation of DR 1–102(A)(3) and (5), and
good cause appearing;

It is ORDERED that the findings of the Disciplinary Review Board are hereby adopted and ROBERT D. CARROLL is publicly reprimanded; and it is further

ORDERED that the Decision and Recommendation of the Disciplinary Review Board, together with this Order and the full record of the matter, be added as a permanent part of the file of said ROBERT D. CARROLL as an attorney at law of the State of New Jersey; and it is further

ORDERED that ROBERT D. CARROLL reimburse the Ethics Financial Committee for appropriate administrative costs.